# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 05-4127

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Sigifredo Ramirez, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

———————

Submitted: November 15, 2006
Filed: November 27, 2006

———————

Before SMITH, MAGILL, and BENTON, Circuit Judges.

———————

PER CURIAM.

Sigifredo Ramirez appeals the sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846. Ramirez argues the sentence is unreasonable, contending that the court--after granting a safety-valve reduction-- gave "no clear reason" for sentencing him at the midpoint rather than the bottom of the Guidelines imprisonment range.

———————

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

The record reflects that the district court considered appropriate sentencing factors, and we conclude the sentence is not unreasonable. <u>See</u> <u>United States v. Long Soldier</u>, 431 F.3d 1120, 1123 (8th Cir. 2005); <u>United States v. Tobacco</u>, 428 F.3d 1148, 1151 (8th Cir. 2005); <u>United States v. Lincoln</u>, 413 F.3d 716, 717-18 (8th Cir.), <u>cert. denied</u>, 126 S. Ct. 840 (2005).

Accordingly, we affirm.

_____